**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| C.T. FULLER A/I/A C. THOMAS FULLER AND WBF ASSOCIATES, L.P. | : | No. 825 MAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| LEHIGH-NORTHAMPTON AIRPORT AUTHORITY | : | |
| | : | |
| | : | |
| PETITION OF: WBF ASSOCIATES, L.P. | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.